# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RABBAT<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.<br><br><br>　　　　　Defendant(s). | CASE NO:<br>2:14−cv−04497−MMM−AGR<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: December 18, 2014

　　　　　　　　　　　　　　　　　　*Margaret M. Morrow*
　　　　　　　　　　　　　　　　　　───────────────────────
　　　　　　　　　　　　　　　　　　Margaret M. Morrow
　　　　　　　　　　　　　　　　　　United States District Judge

−1−